THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
LEONARD GERSCHINSKY, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
SYLVIE TODARO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
STEPHEN ROGALSKI, Appellant.

Argued May 22, 1939; decided June 19, 1939.

*James F. Ryan* for appellants.

*William F. X. Geoghan, District Attorney* (*Edward H. Levine* and *Henry J. Walsh* of counsel), for respondent.

As to each defendant: Judgment affirmed; no opinion. (See 281 N. Y. 881.)

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.; LEHMAN, J., concurs solely upon the authority of *People* v. *Murphy* (276 N. Y. 612). Taking no part: O'BRIEN, J.